1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11   STANLEY H. SOLVEY,                    )
                                           )
12                    Petitioner,          ) Case No. CV 15-7827 DOC (AJW)
                                           )
13              v.                         )
                                           ) ORDER ACCEPTING REPORT AND
14   CHRISTIAN PFEIFFER, ACTING            ) RECOMMENDATION OF
     WARDEN,                               ) MAGISTRATE JUDGE
15                                         )
                      Respondent.          )
16   _____ )

17

18        The Court has reviewed the entire record in this action, the

Report and Recommendation of Magistrate Judge ("Report"), and

petitioner's objections. The Court accepts the findings of fact,

conclusions of law, and recommendations contained in the Report after

having made a <u>de</u> <u>novo</u> determination of the portions to which

objections were directed.

        DATED: December 5, 2016

        _____
                                    David O. Carter
                                    United States District Judge

19

20

21

22

23

24

25

26

27

28