JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STANLEY H. SOLVEY, | Case No. CV 15-7827-DOC(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, Acting Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 5, 2016

_____
David O. Carter
United States District Judge